USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTIER INTERNATIONAL N.V. and CARTIER CREATION STUDIO, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>BEARE INTERNATIONAL LLC D/B/A WWW.OSOTIME.COM AND VARIOUS JOHN AND JANE DOES and XYZ COMPANIES (UNIDENTIFIED)<br><br>Defendants. | Civil Action No. 07-CV-2665 (CM)<br><br>**STIPULATION OF DISMISSAL**<br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED by and between Plaintiffs CARTIER INTERNATIONAL N.V. and CARTIER CREATION STUDIO, S.A. and Defendant BEARE INTERNATIONAL LLC D/B/A WWW.OSOTIME.COM that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: June 27, 2007        Respectfully submitted,
New York, New York
                            By: _____
                            Harley I. Lewin (HL 1819)
                            Scott Gelin (SG 9599)
                            Julie Bookbinder (JB 3854)
                            GREENBERG TRAURIG, LLP
                            200 Park Avenue, 34th Floor
                            MetLife Building
                            New York, New York 10166
                            Telephone: (212) 801-9200
                            Facsimile: (212) 801-6400

                            Katherine Compton
                            GREENBERG TRAURIG, LLP
                            2200 Ross Avenue

Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3660
Facsimile: (214) 665-5960
*Pro Hac Vice Pending*

*Attorneys for Plaintiffs Cartier International N.V. and Cartier Creation Studio, SA.*

Dated: June ____, 2007    By: /s/ Mark Gardy

Mark Gardy
Gardy & Notis, LLP
440 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
T: 201.567.7377
F: 201.567.7337
mgardy@gardylaw.com

*Attorneys for Defendants Beare International d/b/a www.osotime.com*

**ORDER**

So Ordered.

DATED: 7/9, 2007

_____
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL – Page 2

DAL 76238632v1 6/18/2007
Error! Unknown document property name.